# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN MARQUIS COUNCIL, #29832 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01397-ALM-AGD |
| | § | |
| SHERIFF SCOTT CASS, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 26, 2026, the Report of the Magistrate Judge, (Dkt. #19), was entered containing proposed findings of fact and recommendation that this civil action be dismissed without prejudice for failure to prosecute.

Having received the Report of the United States Magistrate Judge, (Dkt. #19), and no timely objections having been filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action is **DISMISSED** without prejudice.

Any request for relief not addressed by the Report is denied as **MOOT**.

---

[1] On June 8, 2026, a copy of the report was returned as undeliverable and marked, "RTS [RETURN TO SENDER]–TRANSFER[R]ED." (Dkt. #20). Plaintiff has not updated his address with the Court as required by the Local Rules. *See* Loc. R. CV-11(d) ("A *pro se* litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address.").

**IT IS SO ORDERED**.

**SIGNED this 6th day of July, 2026.**

_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE